of Appeals for the Seventh Circuit denied. *Messrs. Barnet Hodes, Joseph F. Grossman,* and *J. Herzl Segal* for petitioner. *Messrs. Emmett J. McCarthy, George P. Barse, Robert R. Hanley,* and *Robert F. Carey* entered an appearance for respondent.

No. 872. BLACK DIAMOND STEAMSHIP CORP. *v.* NATIONAL LABOR RELATIONS BOARD. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Crandall* for petitioner. *Solicitor General Jackson, Robert L. Stern, Charles Fahy, Richard B. Watts,* and *Laurence A. Knapp* for respondent.

No. 993. CHAMPLIN REFINING CO. *v.* RYAN, SECRETARY OF STATE OF KANSAS. See *ante,* p. 549.

No. 1045. MOSHER *v.* AMERICAN SURETY CO. ET AL. May 31, 1938. See *ante,* p. 550.

No. 948. NED ET AL. *v.* ROBINSON. May 31, 1938. See *ante,* p. 550.

No. 22, original. EX PARTE HARRY M. BLAIR. May 31, 1938. The motion to defer consideration is denied. The motion for leave to file petition for writ of certiorari is granted and the petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit is denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Mr. George Pfeil* for petitioner.